UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRACY DAORO,

        Plaintiff,

   v.

ESKATON, et al.,

        Defendants.

                                                /

NO. CIV. S 11-960 KJM JFM

STATUS (PRETRIAL SCHEDULING) ORDER

        An initial scheduling conference was held in this case on October 5, 2011, and a pretrial scheduling order issued on November 4, 2011. (ECF No. 24.) Defendant Eskaton ("defendant") filed a timely objection to the portion of the scheduling order which stated the proposed trial length would last three days. (ECF No. 25.) Defendant proposes the trial will last three weeks. (*Id*.) Plaintiff and the separate defendants have not responded to defendant's objection.

        The court notes defendant's objection is inconsistent with the joint status report filed prior to the scheduling conference where defendant estimated the trial length at seven to eight days. (ECF No. 19.) In that status report, plaintiff estimated the trial length at five days. (*Id*.) The court finds good cause to amend the pretrial scheduling order to reflect the parties joint estimation of the trial length. Therefore, the pretrial scheduling order is amended to provide the trial is estimated at seven to eight days.

        IT IS SO ORDERED.

DATED: December 6, 2011.

                                                UNITED STATES DISTRICT JUDGE